# HORVITZ & LEVY LLP

August 28, 2023

**VIA CM / ECF**

Clerk of the Court
Ninth Circuit Court of Appeals
The James R. Browning Courthouse
95 7th Street,
San Francisco, California 94103

    **Re:**    **ACKNOWLEDGMENT OF HEARING NOTICE**
           *De Witt Long v. Sugai et al.*
           Case No.:    22-15997

| | |
|---|---|
| Hearing Date: | Wednesday, November 8, 2023 |
| Hearing Time: | 9:00 a.m. |
| Location: | Richard H. Chambers US Court of Appeals |
| | Courtroom 1 • Pasadena, California |
| | Special Accommodation re Certified Law Students |

Dear Clerk:

    This letter serves as an acknowledgment of the hearing notice for the above date and time. The following Pepperdine Caruso School of Law students will argue this case on behalf of appellant De Witt Long:

    Student #1:    Maxwell Lyster
    Student #2:    Macy Merritt

    If you require anything further, please do not hesitate to contact our office.

                Respectfully submitted,

                **HORVITZ & LEVY LLP**
                  CURT CUTTING
                  REBECCA G. POWELL
                **PEPPERDINE CARUSO SCHOOL OF LAW**
                **NINTH CIRCUIT APPELLATE ADVOCACY CLINIC**
                  MAXWELL LYSTER
                  MACY MERRITT

                By: _____
                              Rebecca G. Powell

                Attorneys for Plaintiff and Appellant **DE WITT LONG**